# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>ONE SOURCE TECHNOLOGY, LLC d/b/a ASURINT,<br><br>    Defendant. | Case No. 3:23-cv-01148-VAB<br><br>**NOTICE Of VOLUNTARY DISMISSAL** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff John Doe hereby voluntary dismisses his claims in this matter against Defendant One Source Technology, LLC d/b/a Asurint, with prejudice.

Dated: December 5, 2023

               */s/ McKenzie Czabaj*
               McKenzie Czabaj, CT31489
               **CONSUMER ATTORNEYS PLC**
               8245 N. 85th Way
               Scottsdale, AZ 85258
               T: 480-626-2376
               F: 718-715-1750
               E: mczabaj@consumerattorneys.com

               *Attorney for Plaintiff*
               *John Doe*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS PLC**

By: */s/ Alexia Bedolla*
    Alexia Bedolla